AXEL BESKOW, Appellant, *v.* HULDA B. HALOW, Respondent, Impleaded with Another.

(Argued April 30, 1929; decided May 28, 1929.)

*Frederick Hulse* and *Joseph G. Fink* for appellant.

*Charles W. Atwater* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.